United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-01101-MJC |
| James Edward Philips | Chapter 7 |
| Jacquie Helen Philips | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Apr 23, 2025 | Form ID: 309A | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

| | |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Edward Philips, Jacquie Helen Philips, 41 Havana St, Carbondale, PA 18407-2709 |
| 5705915 | + | HCG Consumer Credit II Trust, 133 Fayetteville Street # 300, Raleigh, NC 27601-2908 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: usbkct@bankruptcypa.com | Apr 23 2025 18:46:00 | Carlo Sabatini, Sabatini Law Firm, LLC, 216 N. Blakely St., Dunmore, PA 18512 |
| tr | + | Email/Text: lawrencegfrank@gmail.com | Apr 23 2025 18:46:00 | Lawrence G. Frank, (Trustee), 100 Aspen Drive, Dillsburg, PA 17019-9621 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Apr 23 2025 18:46:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5705898 | ^ | MEBN | Apr 23 2025 18:45:08 | ADT, 452 Sable Blvd Unit G, Aurora, CO 80011-0813 |
| 5705899 | | EDI: GMACFS.COM | Apr 23 2025 22:47:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 5705900 | + | Email/Text: bk@avant.com | Apr 23 2025 18:46:00 | Avant LLC/Webbank, 222 W Merchandise Mart Plz 900, Chicago, IL 60654-1105 |
| 5705901 | | EDI: Q3GTBI | Apr 23 2025 22:47:00 | Bureaus Investment Group Portfolio No.15, 650 Dundee Rd Ste 370, Northbrook, IL 60062-2757 |
| 5705907 | | Email/Text: BKBCNMAIL@carringtonms.com | Apr 23 2025 18:46:00 | Carrington Mortgage Services, PO Box 54285, Irvine, CA 92619-4285 |
| 5705911 | | Email/Text: skeller@crossriver.com | Apr 23 2025 18:46:00 | Cross River Bank, 885 Teaneck Rd, Teaneck, NJ 07666-4505 |
| 5705902 | + | EDI: CAPITALONE.COM | Apr 23 2025 22:47:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5705904 | | EDI: CAPITALONE.COM | Apr 23 2025 22:47:00 | Capital One Bank (USA), N.A., 4851 Cox Rd, Glen Allen, VA 23060-6293 |
| 5705905 | + | EDI: CAPITALONE.COM | Apr 23 2025 22:47:00 | Capital One Bank N.A., PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5705906 | + | EDI: CAPITALONE.COM | Apr 23 2025 22:47:00 | Capital One/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5705908 | | EDI: WFNNB.COM | Apr 23 2025 22:47:00 | Comenity Capital/Haband, PO Box 182120, Columbus, OH 43218-2120 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5705909 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 23 2025 18:56:59 | Credit One Bank, 6801 S. Cimarron Road, Las Vegas, NV 89113-2273 |
| 5705910 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 23 2025 18:56:56 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5705913 | | EDI: DISCOVER | Apr 23 2025 22:47:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 5705912 | | EDI: DISCOVER | Apr 23 2025 22:47:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5705916 | ^ | MEBN | Apr 23 2025 18:44:59 | InDebted USA, Inc, PO Box 1201, Farmington, MO 63640-4128 |
| 5705917 | | EDI: JEFFERSONCAP.COM | Apr 23 2025 22:47:00 | Jefferson Capital Systems, LLC, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 5705918 | | EDI: JPMORGANCHASE | Apr 23 2025 22:47:00 | JPMorgan Chase Bank, PO Box 15369, Wilmington, DE 19850-5369 |
| 5705919 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2025 18:56:52 | LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 5705920 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2025 18:56:59 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5705921 | | Email/Text: bankruptcydpt@mcmcg.com | Apr 23 2025 18:46:00 | Midland Credit Management Inc, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 5705923 | | EDI: PRA.COM | Apr 23 2025 22:47:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5705924 | ^ | MEBN | Apr 23 2025 18:45:05 | PPL Electric Customer Services, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5705922 | ^ | MEBN | Apr 23 2025 18:45:11 | Patenaude & Felix, A.P.C, 2400 Ansys Dr Ste 402B, Canonsburg, PA 15317-0403 |
| 5705925 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 23 2025 18:56:56 | Resurgent Acquisitions LLC, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 5705926 | | EDI: WTRRNBANK.COM | Apr 23 2025 22:47:00 | TD Bank USA/Target C, 7000 Target Parkway N, Brooklyn Park, MN 55445-4301 |
| 5705914 | | EDI: USBANKARS.COM | Apr 23 2025 22:47:00 | Elan Financial Services, PO Box 108, Saint Louis, MO 63166-1010 |
| 5705927 | + | EDI: LCIUPSTART | Apr 23 2025 22:47:00 | Upstart Network Inc., 2950 South Delaware St., San Mateo, CA 94403-2580 |
| 5705928 | + | EDI: LCIUPSTART | Apr 23 2025 22:47:00 | Upstart Network Inc., PO Box 61203, Palo Alto, CA 94306-6203 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5705930 | *+ | ADT, 452 Sable Blvd Unit G, Aurora, CO 80011-0813 |
| 5705931 | * | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 5705932 | *+ | Avant LLC/Webbank, 222 W Merchandise Mart Plz 900, Chicago, IL 60654-1105 |
| 5705933 | * | Bureaus Investment Group Portfolio No.15, 650 Dundee Rd Ste 370, Northbrook, IL 60062-2757 |
| 5705939 | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, Carrington Mortgage Services, PO Box 54285, Irvine, CA 92619-4285 |
| 5705943 | *P++ | CROSS RIVER BANK, 2115 LINWOOD AVENUE, FORT LEE NJ 07024-5041, address filed with court:, Cross River Bank, 885 Teaneck Rd, Teaneck, NJ 07666-4505 |
| 5705934 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5705903 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |

| | | |
| --- | --- | --- |
| 5705935 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5705936 | * | Capital One Bank (USA), N.A., 4851 Cox Rd, Glen Allen, VA 23060-6293 |
| 5705937 | *+ | Capital One Bank N.A., PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5705938 | *+ | Capital One/Walmart, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5705940 | * | Comenity Capital/Haband, PO Box 182120, Columbus, OH 43218-2120 |
| 5705941 | *+ | Credit One Bank, 6801 S. Cimarron Road, Las Vegas, NV 89113-2273 |
| 5705942 | * | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5705945 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 5705944 | * | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5705947 | *+ | HCG Consumer Credit II Trust, 133 Fayetteville Street # 300, Raleigh, NC 27601-2908 |
| 5705948 | * | InDebted USA, Inc, PO Box 1201, Farmington, MO 63640-4128 |
| 5705949 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 5705950 | * | JPMorgan Chase Bank, PO Box 15369, Wilmington, DE 19850-5369 |
| 5705951 | *+ | LVNV Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 5705952 | * | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5705953 | * | Midland Credit Management Inc, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 5705955 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5705956 | * | PPL Electric Customer Services, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5705954 | * | Patenaude & Felix, A.P.C, 2400 Ansys Dr Ste 402B, Canonsburg, PA 15317-0403 |
| 5705957 | * | Resurgent Acquisitions LLC, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 5705958 | * | TD Bank USA/Target C, 7000 Target Parkway N, Brooklyn Park, MN 55445-4301 |
| 5705946 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Elan Financial Services, PO Box 108, Saint Louis, MO 63166-1010 |
| 5705959 | *+ | Upstart Network Inc., 2950 South Delaware St., San Mateo, CA 94403-2580 |
| 5705960 | *+ | Upstart Network Inc., PO Box 61203, Palo Alto, CA 94306-6203 |

TOTAL: 0 Undeliverable, 32 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Carlo Sabatini | |
| | on behalf of Debtor 2 Jacquie Helen Philips usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com |
| Carlo Sabatini | |
| | on behalf of Debtor 1 James Edward Philips usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com |
| Lawrence G. Frank | |
| | lawrencegfrank@gmail.com PA39@ecfcbis.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

| | Information to identify the case: | | |
|---|---|---|---|
| Debtor 1: | James Edward Philips<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–3710 |
| | | EIN: | __–_____ |
| Debtor 2:<br>(Spouse, if filing) | Jacquie Helen Philips<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–9707 |
| | | EIN: | __–_____ |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed for chapter: | 7    4/22/25 |
| Case number: | 5:25–bk–01101–MJC | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | James Edward Philips | Jacquie Helen Philips |
| 2. | **All other names used in the last 8 years** | aka James E Philips, aka Jim Philips, aka Jimmy Philips, aka James Philips | aka Jacquie H Philips, aka Jacquie Philips, aka Jackie Philips |
| 3. | **Address** | 41 Havana St<br>Carbondale, PA 18407 | 41 Havana St<br>Carbondale, PA 18407 |
| 4. | **Debtor's attorney**<br>Name and address | Carlo Sabatini<br>Sabatini Law Firm, LLC<br>216 N. Blakely St.<br>Dunmore, PA 18512 | Contact phone 570–341–9000<br><br>Email: usbkct@bankruptcypa.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lawrence G. Frank<br>(Trustee)<br>100 Aspen Drive<br>Dillsburg, PA 17019 | Contact phone 717 234–7455<br><br>Email: lawrencegfrank@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

Case 5:25-bk-01101-MJC   Doc 11   Filed 04/25/25   Entered 04/26/25 00:24:49   Desc
Imaged Certificate of Notice    Page 5 of 6

| | | | |
|---|---|---|---|
| Debtor **James Edward Philips** and **Jacquie Helen Philips** | | | Case number **5:25-bk-01101-MJC** |

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (570) 831-2500<br><br>Date: 4/23/25 |
| 7. | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>*Valid photo ID and proof of Social Security number are required* | **Date:** May 21, 2025 at 10:45 AM<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For additional information use the QR code or visit:<br><br>https://www.justice.gov/ust/ust-regions-r03/region-3-section-341-meetings-0#TrusteeZoom<br><br>The Court does not endorse or exercise any responsibility of the content at this link. | **Location:**<br>Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 231 131 9730, Click on Join using passcode 5378651079, or call 1-267-552-4686<br><br> |
| 8. | **Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/20/25** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**